# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137496
& (26)

DEPARTMENT OF TRANSPORTATION,
      Plaintiff-Appellee,

v

CBS OUTDOOR, INC.,
      Defendant,

and

COMMODITIES EXPORT COMPANY,
and WALTER LUBIENSKI,
      Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137496
COA: 283733
Wayne CC: 07-707208-CC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the August 22, 2008, order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009

_____
Clerk